UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE OUTLEY, JR., | Case No.  2:25-cv-1953-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF STANISLAUS, *et al.*, | |
| Defendants. | |

Plaintiff has filed a request for an extension of time to comply with the court's January 14, 2026 order requiring him to supply the U.S. Marshal with all information needed by the Marshal to effect service of process.

Good cause appearing, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 15, is GRANTED.

2.  Plaintiff is granted until March 2, 2026, to comply with the court's January 14, 2026 order.

IT IS SO ORDERED.

Dated:    February 17, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1