UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE OUTLEY, JR.,

Plaintiff,

v.

COUNTY OF STANISLAUS, et al.

Defendants.

No. 2:25-cv-01953-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 11, 13)

Plaintiff Michael Dewayne Outley, Jr, is proceeding *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2025, Plaintiff filed a motion for temporary restraining order to enjoin Defendants from destroying video evidence that supports his claims. (Doc. No. 11.) On January 14, 2026, the assigned magistrate judge issued findings and recommendations on Plaintiff's motion for temporary restraining order. (Doc. No. 13.) Therein, the magistrate judge found denial of Plaintiff's motion for temporary restraining order was warranted because he provided no evidence that Defendants are actually destroying video evidence or that such destruction is likely to occur. (*Id*. at 3.) The magistrate judge recommended Plaintiff's motion for temporary restraining order be denied without prejudice to renewal because "Plaintiff may file a better

1

supported motion that indicates exactly what relief he would have the court grant."[1] (*Id.*) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id.* at 4.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed January 14, 2026 (Doc. No. 13) are ADOPTED in full;

2.    Plaintiff's motion for temporary restraining order (Doc. No. 11) is DENIED; and

3.    This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 19, 2026**    _____
                                 Dena Coggins
                                 United States District Judge

---

[1] On February 26, 2026, Plaintiff filed a renewed motion for temporary restraining order that is presently before the magistrate judge. (Doc. No. 18.)

2