UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEWAYNE OUTLEY, JR.,<br>Plaintiff,<br>v.<br>COUNTY OF STANISLAUS, et al.,<br>Defendants. | Case No. 2:25-cv-1953-DC-JDP (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 18, 27) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On April 20, 2026, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Plaintiff filed objections on May 1, 2026. ECF No. 29. However, in his objections, Plaintiff asserts the same arguments that the magistrate judge already addressed and properly rejected. Thus, the findings and recommendations do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 20, 2026, ECF No. 27, are ADOPTED;

2. Plaintiff's renewed motion for temporary restraining order, ECF No. 18, is DENIED; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dena Coggins
United States District Judge